IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BRADHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-CV-348-ID |
| v. | ) | |
| | ) | (WO) |
| DENNIS MEEKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #4), and Plaintiff's Objection, (Doc. #5).  Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #5) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. This Plaintiff's complaint be and the same is hereby DISMISSED without prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 31st day of May, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE